IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | 1:24CR 132 -1 |
| : | |
| LUIGI CARCIATI : | |

The Grand Jury charges:

COUNT ONE

On or about September 26, 2023, the exact date being unknown to the Grand Jury, in the County of Davie, in the Middle District of North Carolina, LUIGI CARCIATI attempted to, and did employ, use, persuade, induce, entice, and coerce a minor, Minor-1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT TWO

On or about September 27, 2023, the exact date being unknown to the Grand Jury, in the County of Davie, in the Middle District of North Carolina, LUIGI CARCIATI attempted to, and did employ, use, persuade, induce, entice,

and coerce a minor, Minor-1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT THREE

On or about October 4, 2023, the exact date being unknown to the Grand Jury, in the County of Davie, in the Middle District of North Carolina, LUIGI CARCIATI attempted to, and did employ, use, persuade, induce, entice, and coerce a minor, Minor-1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FOUR

On or about October 11, 2023, in the County of Davie, in the Middle District of North Carolina, LUIGI CARCIATI did knowingly possess any material which contained an image of child pornography, that involved a prepubescent minor and a minor who had not attained 12 years of age, as

2

defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, LUIGI CARCIATI shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or promote the commission of the offense or any property traceable to such property.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following items obtained from the defendant on or about October 11, 2023

    a. a black Samsung mobile phone, bearing serial number RFCRC1J7WEH;

    b. a silver Samsung tablet, bearing serial number R52M901HT8J; and

    c. three small black spy cameras.

All in accordance with Title 18, United States Code, Section 2253, Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: April 29, 2024

SANDRA J. HAIRSTON
United States Attorney

_[signature]_

BY: K. P. KENNEDY GATES
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON